

**SO ORDERED.**
**SIGNED this 4th day of January, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:     JOHN DAVID LEE MOORE                    #16-30708-SHB
           PATRICIA ANNE MOORE                      Chapter 13

ORDER

Regions Bank having failed to file a response to the Chapter 13 Trustee's Notice of Final Cure as required by Federal Bankruptcy Rule 3002.1(g); it is hereby

**ORDERED** that the debtor(s)' mortgage loan serviced by Regions Bank is hereby deemed current through the month of October 2020.

# # #

APPROVED FOR ENTRY:

s/Gwendolyn M. Kerney, w/perm rhr
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
865-524-4995